UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DAVID S. GRONIK, JR., et al.,
    Plaintiffs,

    v.    Case No. 10-CV-00954

NORMAN BALTHASAR, et al.,
    Defendants and
    Third-Party Plaintiffs,

    v.

SHOREWEST REALTORS, INC., et al.,
    Third-Party Defendants.

## DECISION AND ORDER

**IT IS ORDERED** that plaintiff's motion for leave to file a reply brief [DOCKET #155] is **GRANTED**.

**IT IS FURTHER ORDERED** that plaintiff's motion to stay the appraisal [Docket #137] is **DENIED**.

Dated at Milwaukee, Wisconsin, this 20th day of July, 2012.

                                          s/ Lynn Adelman
                                          LYNN ADELMAN
                                          District Judge