## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

---

**DAVID S. GRONIK, JR., et al.,**
          **Plaintiffs,**

    **v.**                                   **Case No.  10-CV-00954**

**NORMAN BALTHASAR, et al.,**
          **Defendants and**
          **Third-Party Plaintiffs,**

    **v.**

**SHOREWEST REALTORS, INC., et al.,**
          **Third-Party Defendants.**

    **and**

**OPIO BOAT MOON, LLC, et al.,**
          **Plaintiffs,**

    **v.**                                   **Case No. 11-CV-697**

**CHUBB INDEMNITY INSURANCE COMPANY,**
          **Defendant.**

---

## ORDER

Branigan Communications, Inc. ("Branigan Communications") has moved to seal Exhibit B to Thomas Branigan's affidavit submitted in support of the motion to quash the subpoena for his deposition. The exhibit is a copy of a contract between Branigan and plaintiff David Gronik for media relations services related to this case. While the contract calls for communications between Branigan and Gronik to remain confidential, the motion fails to explain why the contract itself needs to be sealed. Therefore, I will order the clerk to unseal it. *See Cnty. Materials Corp. v. Allan Block Corp.*, 502 F.3d 730, 740 (7th Cir.

2007) (noting that there is a presumption that documents filed in federal court will be public). Before taking that step, however, I will give Branigan Communications the opportunity to withdraw the document as it is not essential to the motion to quash.

**THEREFORE, IT IS ORDERED** that Branigan Communications, Inc. has until **April 27, 2013** to notify the court of its intent to withdraw Exhibit B to Thomas Branigan's affidavit. If the document is not withdrawn by that date, it will become part of the public record.

Dated at Milwaukee, Wisconsin, this 17th day of April 2013.

s/ Lynn Adelman

_____
LYNN ADELMAN
District Judge

2