

Writer: Scott R. Halloin, Esq.<br>
Writer's Direct Dial: 414-732-2411<br>
Writer's Email: shalloin@halloinmurdock.com

May 10, 2013

**VIA ECF**
The Honorable Lynn Adelman
United States District Court Judge
Eastern District of Wisconsin
362 United States District Courthouse
517 East Wisconsin Avenue
Milwaukee, WI 53202

      RE: **Gronik, et al. v. Balthasar, et al.**
            **Case No. 10-CV-954/11-CV-697 (Consolidated)**

Dear Judge Adelman:

    Enclosed please find the following four documents that I plan to refer to during our 2:30 p.m. telephone conference this afternoon:

1. Exhibit A: Exhibit 17 to the deposition of Chubb expert August Domel;

2. Exhibit B: Meeting agenda prepared by the Groniks' appraiser, Anthony Enea, for the May 9, 2013, appraisal panel meeting;

3. Exhibit C: *Borst v. Allstate Insurance Co.*, 2006 WI 70, 291 Wis. 2d 361, 717 N.W.2d 42; and

4. Exhibit D: *Strauss v. Chubb Indemnity Insurance Co.*, E.D. Wis. Case No. 11-CV-981-JPS, DN 147 (January 2, 2013). I plan to refer specifically to Judge Stadtmueller's discussion of *Arnold v. Cincinnati Insurance Co.*, 2004 WI App 195, 276 Wis. 2d 762, 688 N.W.2d 708, at pages 18 through 21.

Thank you for your attention in this matter.

                            Very truly yours,

                            s/ Scott R. Halloin

SRH/JJI/llm
S:\Clients\Gronik\7736 North Beach Drive\Correspondence\Adelman Letter 39.wpd

# CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2013, I electronically filed the foregoing with the Clerk of the Court using the ECF system and that the foregoing is available on the ECF system for viewing and downloading. The ECF system will send a notice of electronic filing to the following:

Wendy G. Gunderson, Esq.
Smith, Gunderson & Rowen, S.C.
15460 West Capitol Drive
Suite 100
Brookfield, WI 53005

Timothy A. Bascom, Esq.
Valerie A. Jonas, Esq.
Jacob A. Sosnay, Esq.
Bascom Buddish & Ceman, S.C.
2600 North Mayfair Road
Suite 1140
Wauwatosa, WI 53226

Ralph A. Weber, Esq.
Gass Weber Mullins LLC
309 North Water Street
Milwaukee, WI 53202

Michael J. Cohen, Esq.
Jennifer A.B. Kreil, Esq.
Meissner Tierney Fisher & Nichols, S.C.
111 East Kilbourn Avenue
19th Floor
Milwaukee, WI 53202

Frederick J. Strampe, Esq.
Borgelt, Powell, Peterson & Frauen, S.C.
735 North Water Street
15th Floor
Milwaukee, WI 53202

Todd S. Schenk, Esq.
Nicolas C. Mesco, Esq.
Ann E. O'Connor, Esq.
Tressler, LLP
233 South Wacker
22nd Floor
Chicago, IL 60606

Michael J. Aprahamian, Esq.
Foley & Lardner, LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202

Susan G. Schellinger, Esq.
Heather K. Gatewood, Esq.
Davis & Kuelthau, S.C.
111 East Kilbourn Avenue
Suite 1400
Milwaukee, WI 53202

Jeffrey L. Leavell, Esq.
Kris Bartos, Esq.
Jeffrey Leavell, S.C.
723 South Main Street
Racine, WI 53403

                                             s/ Scott R. Halloin
                                             Scott R. Halloin