# EXHIBIT B

Gronik et al. v. Chubb Indemnity Insurance Company
<u>Appraisal Panel Meeting Agenda</u>
May 9, 2013

## I. Issues Discussed by Letter:

☐ Racking.

> Chubb has not determined the cause of the window failures. An effective repair must ensure that the same condition does not occur again.

☐ Replacement windows.

> The current price quotes are over two years old and need to be updated to reflect increases in Marvin's pricing. We should develop a scope of work and obtain one quote for the window units and two quotes for the labor to install the windows.

☐ Betterments.

> Mr. Johnson decided not to price certain items because he considers them betterments. However, the policy does not exclude betterments, and in fact covers the cost to repair or rebuild the house with the "same quality of materials and workmanship."

☐ Roof leaks.

> Mr. Johnson did not price repairs for roof leaks because he did not believe the roof leaked, even though Mr. Johnson personally observed leaks at the main house as recently as December 20, 2012. The price of cedar has increased and the estimate needs to be updated.

☐ Items Chubb did not price.

> Mr. Johnson did not price HVAC repairs; grading, drain tile, and landscaping repairs; or demolition/restoration.

☐ Mr. Hall's first spreadsheet.

> Mr. Hall's comparison of the two repair estimates is redundant and confusing. The rebuttal report is easier to understand.

☐ Mr. Hall's second and third spreadsheets.

> Mr. Hall's attempts to (1) decide what is damaged and (2) apply policy exclusions are beyond the scope of the appraisal process. Mr. Hall has also created a new set of repair estimates even though he does not have the expertise to do so and has not been subject to deposition.

☐ Replacement cost.

There are disputes about (1) the square footage and (2) the replacement cost per square foot for each of the three structures. These must be resolved in case the court awards replacement cost (rather than repair cost).

**II.  Items That Mr. Johnson Intentionally Did Not Price as Betterments:**

☐ HVAC repairs

☐ Grading, drain tile, and landscaping repairs

☐ Demolition and restoration

**III.  Items That Mr. Johnson Underpriced:**

☐ Windows and related labor and materials

☐ Basement water damage repairs

☐ Mold remediation

☐ General labor rate

☐ Replacement cost square footages and cost per square foot

**IV.  Additional Items That Mr. Johnson Did Not Price:**

☐ Restoration repairs (following remediation)

☐ Pitched roof repairs

☐ Gutters and downspout repairs

☐ Racking repairs
  o Shear walls and related finishes
  o Siding removal and replacement

☐ Chimney repairs

☐ Landscaping repairs

☐ Basement leak repairs, including sump pumps

☐ Lighting system repairs

☐ Kitchen and master bedroom leak repairs, including LVL repairs

☐ Poolroom repairs, including interior finishing and mechanical equipment

2

- HVAC repairs
- Carriage house exterior repairs, including repairing roof leaks, addressing drainage issues, and caulking
- Carriage house interior repairs, including replacing water-damaged drywall and insulation
- Beach house repairs, including repairing the roof
- Inflation and contingency allowance

3

Case 2:10-cv-00954-LA    Filed 05/10/13    Page 4 of 4    Document 466-2