# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN

DAVID S. GRONIK, JR. and MARY K. GRONIK,
S.C.G.,
M.A.G.,
DAVID S. GRONIK, JR. LIVING TRUST,
by Its Trustee David S. Gronik, Jr., and
OPIO BOAT MOON, LLC,

        Plaintiffs,

    v.                                      Case No. 10-CV-954

SUSAN BALTHASAR and
the ESTATE OF NORMAN J. BALTHASAR,
by Susan M. Balthasar as Personal Representative
of the Estate of Norman J. Balthasar,

        Defendants and Third-Party Plaintiffs,

    v.

SHOREWEST REALTORS, INC.,
CONTINENTAL CASUALTY COMPANY, and
ANNE SCHWARTZ,

        Third-Party Defendants,

    and

OPIO BOAT MOON, LLC and DAVID S. GRONIK, JR.,

        Plaintiffs,

    v.

CHUBB INDEMNITY INSURANCE COMPANY,

        Defendant.

## PLAINTIFFS' MOTION FOR A PROTECTIVE ORDER PRECLUDING DISCOVERY REGARDING CERTAIN MATTERS REFERENCED IN THE RECORDS OF VIRGINIA M. LINABURY, MD

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 26(c)(1)(A) and (D) and this Court's May 10, 2013 order (DN 467), the Groniks, by their attorneys, Halloin & Murdock, S.C., respectfully move this Court for a protective order precluding discovery regarding certain matters referenced in the records of Virginia M. Linabury, MD, as identified in the supporting brief and affidavit of Charles David Schmidt filed under seal in conjunction with this motion.

Dated May 17, 2013.

**HALLOIN & MURDOCK, S.C.**
Attorneys for the Plaintiffs

 s/ Charles David Schmidt
Scott R. Halloin
Wis. State Bar No. 1024669
Charles David Schmidt
Wis. State Bar No. 1030914
Anthony K. Murdock
Wis. State Bar No. 1054531
James J. Irvine
Wis. State Bar No. 1088726

**HALLOIN & MURDOCK, S.C.**
839 North Jefferson Street
Fifth Floor
Milwaukee, Wisconsin 53202
p 414-732-2424
f  414-732-2422
shalloin@halloinmurdock.com
cschmidt@halloinmurdock.com
amurdock@halloinmurdock.com
jirvine@halloinmurdock.com

S:\Clients\Gronik\7736 North Beach Drive\Balthasar Action\Pleadings\Plaintiffs' Motion for a Protective Order Precluding Discovery Regarding Certain Matters Referenced in the Records of Virginia M. Linabury, MD.docx

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2013, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system and that the foregoing document is available on the CM/ECF system for viewing and downloading. The CM/ECF system automatically will send a notice of electronic filing to the following persons:

Wendy G. Gunderson, Esq.
Smith, Gunderson & Rowen, S.C.
15460 West Capitol Drive
Suite 100
Brookfield, WI 53005

Timothy A. Bascom, Esq.
Valerie A. Jonas, Esq.
Jacob A. Sosnay, Esq.
Bascom Budish & Ceman, S.C.
2600 North Mayfair Road
Suite 1140
Wauwatosa, WI 53226

Ralph A. Weber, Esq.
Gass Weber Mullins LLC
309 North Water Street
Suite 700
Milwaukee, WI 53202

Michael J. Cohen, Esq.
Jennifer A.B. Kreil, Esq.
Meissner Tierney Fisher & Nichols, S.C.
111 East Kilbourn Avenue
19th Floor
Milwaukee, WI 53202

Frederick J. Strampe, Esq.
Borgelt, Powell, Peterson & Frauen, S.C.
735 North Water Street
15th Floor
Milwaukee, WI 53202

Todd S. Schenk, Esq.
Nicolas C. Mesco, Esq.
Ann E. O'Connor, Esq.
Tressler, LLP
233 South Wacker Drive
22nd Floor
Chicago, IL 60606

Michael J. Aprahamian, Esq.
Daniel A. Manna, Esq.
Foley & Lardner, LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202

Susan G. Schellinger, Esq.
Heather K. Gatewood, Esq.
Davis & Kuelthau, S.C.
111 East Kilbourn Avenue
Suite 1400
Milwaukee, WI 53202

Dated May 17, 2013.

**HALLOIN & MURDOCK, S.C.**
Attorneys for the Plaintiffs

s/ Charles David Schmidt
Charles David Schmidt

- 4 -