# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN

DAVID S. GRONIK, JR. and MARY K. GRONIK,
S.C.G.,
M.A.G.,
DAVID S. GRONIK, JR. LIVING TRUST,
by Its Trustee David S. Gronik, Jr.,
OPIO BOAT MOON, LLC,

    Plaintiffs,

  v.             Case No. 10-CV-954

SUSAN BALTHASAR and
ESTATE OF NORMAN J. BALTHASAR,
by Susan M. Balthasar as Personal Representative
of the Estate of Norman J. Balthasar,

    Defendants and Third-Party Plaintiffs,

  and

WEST BEND MUTUAL INSURANCE COMPANY,

    Intervenor Plaintiff,

  v.

SHOREWEST REALTORS, INC.,
CONTINENTAL CASUALTY COMPANY, and
ANNE SCHWARTZ,

    Third-Party Defendants,

  and

OPIO BOAT MOON, LLC, and DAVID S. GRONIK, JR.,

    Plaintiffs,

  v.

CHUBB INDEMNITY INSURANCE COMPANY,

    Defendant.

## PLAINTIFFS' CIVIL L.R. 7(h) EXPEDITED
## NON-DISPOSITIVE MOTION TO SEAL

The Groniks, pursuant to Civil Local Rule 7(h) and General Local Rule 79(d)(4), respectfully move this Court for an order sealing the Motion for Approval of Minor Settlement and Affidavit of Scott R. Halloin, which are being provided to the Court under separate cover in a sealed envelope marked "Request for Confidentiality Pending."

There is good cause to withhold the Motion for Approval of Minor Settlement and Affidavit of Scott R. Halloin from the public record. These materials include private information, including personally identifiable information regarding minors. These materials further include settlement terms and communications, which the settling parties expressly agreed as a material term of the settlement shall remain strictly confidential. Thus, to maintain the confidentiality of these materials, the Groniks respectfully request that the Court grant this motion and seal the Motion for Approval of Minor Settlement and Affidavit of Scott R. Halloin.

Dated September 18, 2013.

HALLOIN & MURDOCK, S.C.
Attorneys for Plaintiffs

 s/ Scott R. Halloin
Scott R. Halloin
State Bar No. 1024669
Charles D. Schmidt
State Bar No. 1030914
James J. Irvine
State Bar No. 1088726

2

HALLOIN & MURDOCK, S.C.
839 North Jefferson Street
Fifth Floor
Milwaukee, Wisconsin 53202
p 414-732-2424
f  414-732-2422
shalloin@halloinmurdock.com
cschmidt@halloinmurdock.com
jirvine@halloinmurdock.com
S:\Clients\Gronik\7736 North Beach Drive\Balthasar Action\Pleadings\Mot. Seal Minor Settlement.wpd