UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

DAVID S. GRONIK, JR. and MARY K. GRONIK,
S.C.G.,
M.A.G.,
DAVID S. GRONIK, JR. LIVING TRUST,
by Its Trustee David S. Gronik, Jr.,
OPIO BOAT MOON, LLC,

   Plaintiffs,

v.                    Case No. 10-CV-954

SUSAN BALTHASAR and
ESTATE OF NORMAN J. BALTHASAR,
by Susan M. Balthasar as Personal Representative
of the Estate of Norman J. Balthasar,

   Defendants and Third-Party Plaintiffs,

 and

WEST BEND MUTUAL INSURANCE COMPANY,

   Intervenor Plaintiff,

v.

SHOREWEST REALTORS, INC.,
CONTINENTAL CASUALTY COMPANY, and
ANNE SCHWARTZ,

   Third-Party Defendants,

 and

OPIO BOAT MOON, LLC, and DAVID S. GRONIK, JR.,

   Plaintiffs,

v.

CHUBB INDEMNITY INSURANCE COMPANY,

   Defendant.

# PLAINTIFFS' CIVIL L.R. 7(h) EXPEDITED NON-DISPOSITIVE MOTION FOR APPROVAL OF MINOR SETTLEMENT
## (FILED UNDER SEAL)

The Groniks, pursuant to Civil Local Rule 7(h) and Wisconsin Statutes section 807.10(1), move this Court to approve the settlement agreement reached on behalf of minor plaintiffs S.C.G. and M.A.G. The grounds for this motion are set forth herein and in the supporting Affidavit of Scott R. Halloin.

On or about August 6, 2013, the above-captioned parties (excluding Chubb Indemnity Insurance Company) executed a settlement agreement, settling all claims in this case and *Gronik, et al. v. Shorewest Realtors, Inc., et al.*, Milwaukee County Circuit Court case number 12-CV-3452. (Halloin Aff. Ex. A.) The Groniks did not settle their claims against Chubb Indemnity Insurance Company, in its capacity as their insurer.

On August 14, 2013, Honorable Karen E. Christenson of the Milwaukee County Circuit Court appointed Attorney Craig E. Miller as Guardian ad Litem for minor plaintiffs S.C.G. and M.A.G. (Halloin Aff. Ex. B.) Attorney Miller consented to the appointment. (Halloin Aff. Ex. C.)

Upon petition by Attorney Miller for approval of the settlement made on behalf of S.C.G. and M.A.G. (*see* Halloin Aff. Exs. D, E), Judge Christenson signed the order approving the settlement agreement on August 20, 2013 (Halloin Aff. Ex. F).

Out of an abundance of caution, the Groniks respectfully request that this Court also approve the settlement agreement reached on behalf of minor plaintiffs S.C.G. and M.A.G. as a fair and reasonable settlement for S.C.G.'s and M.A.G.'s injuries, as set forth in Attorney Miller's petition filed in the Milwaukee County action. (*See* Halloin Aff. Ex. E.)

Based upon the foregoing, the Groniks respectfully request that this Court approve the settlement agreement reached on behalf of minor plaintiffs S.C.G. and M.A.G.

Dated September 18, 2013.

                                            HALLOIN & MURDOCK, S.C.
                                            Attorneys for Plaintiffs

                                            Scott R. Halloin
                                            State Bar No. 1024669
                                            Charles D. Schmidt
                                            State Bar No. 1030914
                                            James J. Irvine
                                            State Bar No. 1088726

HALLOIN & MURDOCK, S.C.
839 North Jefferson Street
Fifth Floor
Milwaukee, Wisconsin 53202
p 414-732-2424
f 414-732-2422
shalloin@halloinmurdock.com
cschmidt@halloinmurdock.com
jirvine@halloinmurdock.com
S:\Clients\Gronik\7736 North Beach Drive\Balthasar Action\Pleadings\Mot. Approve Minor Settlement.wpd

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2013, I sent a copy of this document via U.S. Mail and email to:

Wendy G. Gunderson, Esq.
Smith, Gunderson & Rowen, S.C.
15460 West Capitol Drive
Suite 100
Brookfield, WI 53005

Timothy A. Bascom, Esq.
Valerie A. Jonas, Esq.
Jacob A. Sosnay, Esq.
Jaclyn C. Kallie, Esq.
Bascom Budish & Ceman, S.C.
2600 North Mayfair Road
Suite 1140
Wauwatosa, WI 53226

Michael J. Cohen, Esq.
Jennifer A.B. Kreil, Esq.
Meissner Tierney Fisher & Nichols, S.C.
111 East Kilbourn Avenue
19th Floor
Milwaukee, WI 53202

Michael J. Aprahamian, Esq.
Daniel A. Manna, Esq.
Foley & Lardner, LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202

Ralph A. Weber, Esq.
Gass Weber Mullins, LLC
309 North Water Street
Suite 700
Milwaukee, WI 53202

Susan G. Schellinger, Esq.
Heather K. Gatewood, Esq.
Davis & Kuelthau, s.c.
111 East Kilbourn Avenue
Suite 1400
Milwaukee, WI 53202

Jeffrey L. Leavell, Esq.
Kris Bartos, Esq.
Jeffrey Leavell, S.C.
723 South Main Street
Racine, WI 53403

Loralee L. Meifert