UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DAVID S. GRONIK, JR., et al.,
    Plaintiffs,

  v.                                      Case No. 10-CV-954

SUSAN BALTHASAR, et al.,
    Defendants,

  and

SHOREWEST REALTORS, INC.,
CONTINENTAL CASUALTY COMPANY, and
ANNE SCHWARTZ,
    Third-Party Defendants,

  and

OPIO BOAT MOON, LLC, et al.,
    Plaintiffs,

  v.                                      Case No. 11-CV-697

CHUBB INDEMNITY INSURANCE COMPANY,
    Defendant.

## ORDER

The deadline for defendant Chubb Indemnity Insurance Company to file its motion for summary judgment is February 17, 2014. In anticipation of that motion, plaintiffs filed a motion on February 13, 2014 raising a question about the scope of the appraisal award issued on December 20, 2013. Plaintiffs ask the court to compel the appraisers to value additional items. Since the parties' motions for summary judgment will depend in part on

the size and scope of the appraisal award, I will stay the deadline for the filing of those motions until I have a chance to resolve the questions raised about the award.

**THEREFORE, IT IS ORDERED** that the deadline for the filing of Chubb's motion for summary judgment is **STAYED** until the court rules on plaintiffs' motion to compel appraisers Bill Hall and Donald Buettner to comply with the appraisal provision (Docket #589).

Dated at Milwaukee, Wisconsin, this 14th day of February 2014.

                                                                       s/ Lynn Adelman
                                                                       _____
                                                                       LYNN ADELMAN
                                                                       District Judge