# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

DAVID S. GRONIK, JR., et al.,
    Plaintiffs,

v.                    Case No. 10-CV-954

SUSAN BALTHASAR, et al.,
    Defendants,

and

SHOREWEST REALTORS, INC.,
CONTINENTAL CASUALTY COMPANY, and
ANNE SCHWARTZ,
    Third-Party Defendants,

and

OPIO BOAT MOON, LLC, et al.,
    Plaintiffs,

v.                    Case No. 11-CV-697

CHUBB INDEMNITY INSURANCE COMPANY,
    Defendant.

## ORDER

Chubb Indemnity Insurance Company and Federal Insurance Company, in their capacity as the insurers for the Balthasars, have elected to withdraw the documents filed at Docket #556 and 558. As a result, the motions to seal these documents (Docket #554, 557) are moot.

**THEREFORE, IT IS ORDERED** that the motions to seal at Docket #554 and 557 are **DENIED as moot**.

Dated at Milwaukee, Wisconsin, this 11th day of March, 2014.

                                                            s/ Lynn Adelman
                                                            _____
                                                            LYNN ADELMAN
                                                            District Judge