DAVID S. GRONIK, JR. and MARY K. GRONIK,
S.C.G.,
M.A.G.,
DAVID S. GRONIK, JR. LIVING TRUST,
by Its Trustee David S. Gronik, Jr.,
OPIO BOAT MOON, LLC,

  Plaintiffs,

 v.              Case No. 10-CV-954

SUSAN BALTHASAR and
ESTATE OF NORMAN J. BALTHASAR,
by Susan M. Balthasar as Personal Representative
of the Estate of Norman J. Balthasar,

  Defendants and Third-Party Plaintiffs,

 and

WEST BEND MUTUAL INSURANCE COMPANY,

  Intervenor Plaintiff,

 v.

SHOREWEST REALTORS, INC.,
CONTINENTAL CASUALTY COMPANY, and
ANNE SCHWARTZ,

  Third-Party Defendants,

 and

OPIO BOAT MOON, LLC, and DAVID S. GRONIK, JR.,

  Plaintiffs,

 v.

CHUBB INDEMNITY INSURANCE COMPANY,

  Defendant.

### THE GRONIKS' MOTION FOR PROTECTIVE ORDER, MOTION TO QUASH, AND MOTION TO STRIKE

The Plaintiffs, David S. Gronik, Jr., Mary K. Gronik, S.C.G., M.A.G., the David S. Gronik, Jr. Living Trust, and Opio Boat Moon, LLC (the "Groniks" or "Plaintiffs"), pursuant to Civil Local Rule 7 and Federal Rules of Civil Procedure 7(b), 26(c), and 45(d)(3), move this Court to issue a protective order to protect certain mediation communications requested by Chubb from discovery, quash subpoenas Chubb served on the settling defendants' counsel, and strike Chubb's Rule 26 witness disclosures of the settling defendants' counsel. The grounds for this motion are more fully set forth in the following documents:

1. The Groniks' Brief in Support of Motion for Protective Order, Motion to Quash, and Motion to Strike; and

2. Affidavit of Scott R. Halloin in Support of Motion for Protective Order, Motion to Quash, and Motion to Strike.

Dated May 4, 2015.

                                                            **HALLOIN & MURDOCK, S.C.**
                                                            Attorneys for Plaintiffs

                                                            s/ Scott R. Halloin
                                                            Scott R. Halloin
                                                            State Bar No. 1024669
                                                            James J. Irvine
                                                            State Bar No. 1088726

HALLOIN & MURDOCK, S.C.
839 North Jefferson Street
Fifth Floor
Milwaukee, Wisconsin 53202
p 414-732-2424
f  414-732-2422
shalloin@halloinmurdock.com
jirvine@halloinmurdock.com
S:\Clients\Gronik\7736 North Beach Drive\Balthasar Action\Pleadings\Mot. Prot. Ord., Quash, Strike.wpd