UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

DAVID S. GRONIK, JR. and MARY K. GRONIK,
S.C.B.,
MAG.,
DAVID S. GRONIK, JR. LIVING TRUST,

OPIO BOAT MOON, LLC,

    Plaintiffs,

v.                                       Case No. 10-CV-954

NORMAN BALTHASAR and SUSAN BALTHASAR,

    Defendants,

    and

SHOREWEST REALTORS, INC., CONTINENTAL
CASUALTY COMPANY, and ANNE SCHWARTZ,

    Third-Party Defendants.

    and

OPIO BOAT MOON, LLC, and DAVID S. GRONIK, JR.,

    Plaintiffs,

v.                                       Case No.11-CV-00697

CHUBB INDEMNITY INSURANCE COMPANY

    Defendant.

---

**AFFIDAVIT OF ANN O. MCCREADY**

---

    I, Ann O. McCready, being first duly sworn, depose and state as follows:

1. I have personal knowledge regarding the facts and circumstances stated herein.

2. I am an attorney for Chubb Indemnity Insurance Company ("Chubb") in the above-captioned matter.

3. On May 21, 2015, the Groniks provided counsel for Chubb with their responses to Chubb's discovery requests. A true and accurate copy of the email that was sent to Chubb's counsel, with the attached responses, is attached hereto as Exhibit A.

FURTHER AFFIANT SAYETH NAUGHT.

*Ann O. McCready*

Subscribed and sworn to before me
This 22 day of May, 2015.

*[signature]*
NOTARY PUBLIC

641161

JANICE MUNKVOLD
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
August 19, 2018

2